UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **JOHN A. DEEP,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | CIVIL NO. 07-53-P-H |
| | ) | |
| **DAVID BOIES, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

**ORDER ON MOTION FOR ATTORNEY FEES**

I previously ruled that sanctions should be entered against the plaintiff for frivolous filings under Rule 11, and the court of appeals affirmed that ruling.  See Injunction, Sanctions & Order on Mot. to Dismiss at 4 (Docket No. 22), aff'd Judgment & Mandate (1st Cir. March 7, 2008) (Docket No. 31).  The only remaining question is the amount of the sanctions.  Although I have previously enjoined the plaintiff from further filings in this court as an abusive litigant, I did permit him to file a response that I specified was limited to challenging the reasonableness of the amount the defendants requested.  Procedural Order (Docket No. 34). Predictably, he spent most of his response re-arguing the correctness of my earlier ruling instead.  See Plaintiff John A. Deep's Opposition to Defendant Trans World's Request for Attorney Fees (Docket No. 42).  When he did address reasonableness, he offered nothing of assistance.  I do not find credible his claims of inability to pay, given the prolific filings he has been able to make in this litigation and his ability to pay

attendant fees. His arguments concerning where the defendants should have devoted their briefing attention are unpersuasive. I do not give deference to his *pro se* status; he has routinely abused it despite warnings, and he is obviously very bright with abundant access to legal materials. Finally, it is apparent from his behavior in the face of previous warnings that stern sanctions are necessary to get his attention.

I conclude that the reasonable attorney fees for defending against this frivolous federal lawsuit is Three Thousand Four Hundred Ninety-Nine Dollars and Forty-five Cents ($3,499.45) to be awarded to David Boies; Boies, Schiller & Flexner, LLP; and Straus & Boies, LLP. See Attorney Defendants' Application for Award of Attorneys' Fees (Docket No. 32).

I conclude that the reasonable attorney fees to be awarded to Transworld Entertainment Corp. is Fifteen Thousand Dollars ($15,000), a modest reduction from the amount requested. See Defendant Transworld Entertainment Corp.'s Application for Award of Attorneys' Fees (Docket No. 33).

**SO ORDERED.**

**DATED THIS 24TH DAY OF SEPTEMBER, 2008**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**